UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21035-MC-UNGARO/O'SULLIVAN

D. MICHAEL JEWETT,

      Plaintiff,

v.

IDT CORPORATION, et al.,,

      Defendants.

_____/

**ORDER**

THIS MATTER came before the Court on the Defendants' Motion to Stay or in the Alternative to Quash Plaintiff's Subpoenas to Fred Beliard and Jean R. Duperval (DE # 1, 4/17/07).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED, that the Defendants' Motion to Stay or in the Alternative to Quash Plaintiff's Subpoenas to Fred Beliard and Jean R. Duperval (DE # 1, 4/17/07) is GRANTED as to the Motion to Stay.  The Alternative Motion to Quash is

DENIED.  The subject subpoenas shall be stayed until such time as the Defendants' Motion for a Discovery Protective Order is determined by the New Jersey District Court.  It is further

ORDERED AND ADJUDGED that counsel for the defendants shall forward this Order to counsel for the plaintiff.

DONE and ORDERED, in chambers, in Miami, Florida, this 15th day of May, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Ungaro

All Counsel of Record